UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 00CR1968-02-IEG |
| Plaintiff, | ORDER DISMISSING INDICTMENT WITH PREJUDICE, RECALLING ARREST WARRANT AND JUDGMENT |
| v. | |
| RAFAEL CARRANZA NAVA (2), | |
| Defendant. | |

Based upon the Motion filed by the United States of America, and good cause appearing therefor, it is hereby

ORDERED that the Indictment against RAFAEL CARRANZA NAVA, Defendant No. 2 in this action, is dismissed, with prejudice; it is further

ORDERED that the warrant for arrest issued on June 15, 2000 for RAFAEL CARRANZA NAVA is hereby recalled.

**DATED: June 29, 2012**

_____
**IRMA E. GONZALEZ**
**United States District Judge**